**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 286 EAL 2021

                Respondent        :

                                 :  Petition for Allowance of Appeal
                                 :  from the Order of the Superior Court

             v.              :

                                 :

CASEY DOOLEY,                  :

                               :

              Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.